UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **JAMES J. DAHER, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CAUSE NO. 3:06-CV-092 AS |
| **v.** ) | |
| ) | |
| **BARBARA KASPER,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

### ORDER AND OPINION

On May 11, 2007, James J. Daher, Jr., a *pro se* prisoner, filed a motion to amend his complaint. Mr. Daher wants to add Amy Clark as a defendant. However, Mr. Daher did not attach a proposed amended complaint to his motion. Pursuant to N.D. Ind. L.R. 15.1

> A party who moves to amend a pleading shall attach the original of the amendment to the motion. Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference...

Here, Mr. Daher did not file the proposed amended complaint in its entirety, but sought to incorporate his prior pleadings. This is not allowed under this court's local rules. As a result, Mr. Daher's motion to amend his complaint (docket # 28) is **DENIED WITHOUT PREJUDICE**. Mr. Daher may refile his motion along with a proposed amended complaint which clearly sets forth each and every claim he wishes to proceed on. Mr. Daher may not simply refer to his past filings, but must include each and every claim in his proposed amended complaint.

SO ORDERED.

Dated this 5th Day of June, 2007.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge